[No. 63487-9-I.  Division One.  June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY TED PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-01134-2, Steven J. Mura, J., entered April 15, 2009. *Reversed in part* and *remanded* by unpublished per curiam opinion.

[No. 63647-2-I.  Division One.  June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILSON LEE TILLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12304-5, Steven C. Gonzalez, J., entered June 5, 2009. *Affirmed* by unpublished per curiam opinion.

[No. 63668-5-I.  Division One.  June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMAR ROCFORD HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00752-3, Theresa B. Doyle, J., entered June 15, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Spearman, JJ.

[No. 63685-5-I.  Division One.  June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIGANI B. HASSAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07064-2, James D. Cayce, J., entered June 16, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Spearman, JJ.